Rene J. Dupart (SBN 289956)
LAW OFFICES OF JON JACOBS
1 Ridgegate Drive, Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
rene@lemonbuyback.com

Attorneys for Plaintiff
KEVIN DUNN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUNN,<br><br>        Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; JOHN L. SULLIVAN DODGE CHRYSLER, INC., a California corporation; and DOES 1 to 10, Inclusive,<br><br>        Defendants. | CASE NO.: 2:20-cv-00286-JAM-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: May 4, 2020                                    LAW OFFICES OF JON JACOBS


                                                              /s/ Rene J. Dupart_____
                                                              Rene J. Dupart
                                                              Attorneys for Plaintiff
                                                              KEVIN DUNN

1

Dunn v. FCA US LLC, et al.                                                                                     Stipulation of Dismissal

1  Dated: May 4, 2020                                              CLARK HILL LLP

2

3                                                                                  /s/ Erin E. Hanson (authorized on 5/4/20)
                                                                                    Erin E. Hanson
                                                                                    Attorneys for Defendant
4                                                                                  FCA US LLC

5  Dated: May 6, 2020                                              LAW OFFICES OF JOHN A. BRITTON, INC.

6

7                                                                                  /s/ _____
                                                                                    John A. Britton
                                                                                    Attorneys for Defendant
8                                                                                  JOHN L. SULLIVAN DODGE
                                                                                    CHRYSLER, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Dunn v. FCA US LLC, et al.                                                                                 Stipulation of Dismissal

## **ORDER**

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: May 7, 2020

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

3

Dunn v. FCA US LLC, et al.                                                                                     Stipulation of Dismissal